IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:25-CV-14475 |
| ) | |
| TRANSYSTEMS CORPORATION, GRANITE ) | |
| CONSTRUCTION INC., THE RODERICK ) | |
| GROUP INC. d/b/a/ ARDMORE RODERICK, ) | |
| ZURICH NATIONAL INSURANCE COMPANY., ) | |
| TRANSPORTATION INSURANCE CO., ) | |
| CONTINENTAL CASUALTY COMPANY, ) | |
| NATIONAL FIRE INSURANCE COMPANY OF ) | |
| HARTFORD., PA MANUFACTURERS ) | |
| INDEMNITY CO., OLD REPUBLIC UNION ) | |
| INSURANCE CO., and TRAVELERS PROPERTY ) | |
| CASUALTY INSURANCE COMPANY OF ) | |
| AMERICA ) | |
|     *Defendants*. ) | |

## NOTICE OF FILING

To:     All Counsel of Record (see attached Service List)

    PLEASE TAKE NOTICE that on February 6, 2026, we electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, on behalf of Defendant, ZURICH AMERICAN INSURANCE COMPANY, its **Answer and Affirmative Defenses to Complaint and Counterclaim/Crossclaim for Declaratory Judgment**; and this **Notice of Filing**, copies of which are hereby served upon you.

                                          ZURICH AMERICAN INSURANCE COMPANY

                                          By:  /s/ Brian A. O'Gallagher
                                                    One of their Attorneys

Brian A. O'Gallagher, ARDC No. 6211445
BODELL BOVE LLC
915 Harger Rd., Ste. 240
Oak Brook, Illinois 60523
(630) 382-4800
bogallagher@bodellbove.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 6th day of February, 2026, the foregoing Notice of Filing and the document(s) described therein was filed with the Clerk of the Court using the CM/ECF System which will send electronic notification of such filing to all counsel of record who have appeared.

      /s/: Brian O'Gallagher

**CSX TRANSPORTATION INC. v. TRANSYSTEMS CORPORATION, ET AL.**
**CASE NO. 1:25-CV-14475**

**SERVICE LIST**

**CSX Transportation, Inc.**
Daniel J. Mohan
Mohan Groble Scolaro, PC
55 W Monroe, Suite 1600
Chicago, IL 60603
mohan@mohangroble.com

**Transystems Corporation**
David M. Hickey
Law Office of Eugena Whitson-Owen
300 S. Riverside Plaza, Suite 2050
Chicago, IL 60606
david.m.hickey@zurichna.com

**Zurich American Insurance Company**
**(inaccurately named herein as Zurich National Insurance Company)**
Brian A. O'Gallagher
Bodell Bove LLC
915 Harger Road. Ste 240
Oak Brook, IL 60523
Email: bogallagher@bodellbove.com

**Travelers Property Casualty Insurance Company of America**
Daniel G. Litchfield
Michael G. Cerota
303 West Madison Street, Suite 300
Chicago, IL 60606-3300
Litchfield@LitchfieldCavo.com
cerota@litchfieldcavo.com

**Old Republic Union Insurance Company and Pennsylvania Manufacturers Indemnity Co.**
**(inaccurately named as PA Manufacturers Indemnity Co.)**
Brian C. Bassett
Anthony Hatzilabrou
Laura Schroeder
Traub Lieberman Straus & Shrewsberry, LLP
71 S. Wacker Dr., Suite 2110
Chicago, IL 60606
bbassett@tlsslaw.com
thatzilabrou@tlsslaw.com
lschroeder@tlsslaw.com

**Granite Construction Company (incorrectly sued as Granite Construction, Inc.), The Continental Insurance Company ( (incorrectly sued as Continental Casualty Company), and Transportation Insurance Company**
Douglas M. DeWitt
Deba Alam
Hinkhouse Williams Walsh LLP
180 North Stetson, Suite 3400
Chicago, IL 60601
ddewitt@hww-law.com
dalam@hww-law.com